UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TOMMY OWEN HARTZ, | ) | CASE NO. C08-0362-TSZ |
| | ) | (CR02-157-TSZ) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING MOTION |
| | ) | UNDER 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's answer thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 13) and this action are DISMISSED; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 6th day of April, 2009.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1